# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SALVADOR RAYMUNDO MATEO
FRANCISCO,

      Petitioner,

v.

                                     Case No. 1:25-cv-01229-MIS-KBM

GEORGE DEDOS, in his official capacity as
Warden, Cibola County Correctional Facility,
MARY DE ANDA-YBARRA, in her official
capacity as Field Office, Enforcement and
Removal Operations, U.S. Immigration and
Customs Enforcement, TODD LYONS, in
his official capacity as Acting Director of
U.S. Immigration and Customs Enforcement,
and KRISTI NOEM, in her official capacity
as U.S. Secretary of Homeland Security,

      Respondents.

## <u>ORDER DIRECTING CLERK TO SERVE RESPONDENTS AND TO SHOW CAUSE</u>

**THIS MATTER** is before the Court on a <u>sua sponte</u> review of the record.

The Rules Governing Section 2254 Cases ("Section 2254 Rules") permit district courts to "apply any or all of these rules to a habeas corpus petition not covered [under 28 U.S.C. § 2254]." SECT 2254 Rule 1(b); <u>see also</u> <u>Boutwell v. Keating</u>, 399 F.3d 1203, 1210-11 n.2 (10th Cir. 2005) (noting that Section 2254 Rule 1(b) grants district courts discretion to apply the Section 2254 Rules to § 2441 petitions). Section 2254 Rule 4 requires the clerk of the court to "serve a copy of the petition and any order on the respondent" once the court orders "the respondent to file an answer, motion, or other response within a fixed time." SECT 2254 Rule 4.2.[1] To ensure service is

---

[1]     Summonses are not required under Section 2554 Rule 4.

perfected and that the matter can be heard on the merits as soon as possible, the Court will exercise its discretion in applying Section 2254 Rule 4 to this matter.

**IT IS THEREFORE ORDERED** that the Clerk of the Court shall serve copies of the Petition (Doc. 1) and this Order by certified mail upon[2]:

1) U.S. Attorney's Office, Attn: Civil Process Clerk, 201 3rd Street NW, Suite 900, Albuquerque, NM 87102;

2) Kristi Noem, Secretary of Homeland Security, Attn: Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave SE, Washington, DC 20528-0485;

3) Todd Lyons, Senior Official Performing the Duties of the Director, Attn: U.S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900;

4) Mary De Anda-Ybarra, Field Office Director, El Paso Field Office, Attn: U.S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900; and

5) George Dedos, Warden, Cibola County Correctional Facility, 2000 Cibola Loop, Milan, NM 87021.[3]

---

[2] Federal regulations prescribe how the Department of Homeland Security and its officials may receive service of process. See 6 C.F.R. § 5.42; see also 6 C.F.R. pt. 5, subpart C, app. A.

[3] The package sent to Warden Dedos must be sent by certified mail, return receipt requested.

**IT IS FURTHER ORDERED THAT** Respondents shall respond to the petition and **SHOW CAUSE** why it should not be granted within three days of receipt of service. Petitioner's reply, if any, is due three days after the response is filed.

_____

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE