## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO


SALVADOR RAYMUNDO MATEO
FRANCISCO,

      Petitioner,

v.

GEORGE DEDOS, in his official capacity as
Warden, Cibola County Correctional Facility,
MARY DE ANDA-YBARRA, in her official
capacity as Field Office, Enforcement and
Removal Operations, U.S. Immigration and
Customs Enforcement, TODD LYONS, in
his official capacity as Acting Director of
U.S. Immigration and Customs Enforcement,
and KRISTI NOEM, in her official capacity
as U.S. Secretary of Homeland Security,

      Respondents.

Case No. 1:25-cv-01229-MIS-KBM

### ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to the Magistrate Judge to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case.[1] The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties will be given the opportunity to object to the proposed findings, analysis, and disposition

---

[1] The parties are reminded that they may consent to the Magistrate Judge at any time by submitting Form AO 85.

as described in 28 U.S.C. § 636(b)(1). Objections must be filed within fourteen (14) days after

being served with a copy of the proposed disposition.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE