# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SALVADOR RAYMUNDO MATEO FRANCISCO,

    Petitioner,

v.

GEORGE DEDOS, in his official capacity as Warden, Cibola County Correctional Facility, MARY DE ANDA-YBARRA, in her official capacity as Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and KRISTI NOEM, in her official capacity as U.S. Secretary of Homeland Security,

    Respondents.

1:25-cv-01229-MIS-GJF

## ORDER VACATING IN PART ORDER OF REFERENCE AND GRANTING PETITIONER'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

**THIS MATTER** is before the Court on Petitioner Salvador Raymundo Mateo Francisco's Emergency Motion for a Temporary Restraining Order Enjoining Transfer ("Emergency Motion"), filed December 18, 2025. ECF No. 30. The Government did not timely respond. Upon review of the Motion, the record, and the relevant law, the Court **VACATES in part** the Order of Reference to the Magistrate Judge, ECF No. 19, and solely with respect to the instant Emergency Motion, and **GRANTS** the Emergency Motion. The Court finds that Petitioner has demonstrated a likelihood of success on the merits of his claims, that he will suffer irreparable harm in the absence of this injunctive relief, and that the balance of equities and public interest weigh in his favor. Accordingly, it is **HEREBY ORDERED** that:

1. Respondents are **ENJOINED** from transferring Petitioner to any facility outside the District of New Mexico during the pendency of this habeas action;

2. Respondents and their agents are **FURTHER ENJOINED** from removing or transferring Petitioner outside the United States while this habeas action is pending; and

3. This Order shall remain in effect until further order of the Court, and the Court retains jurisdiction to enforce and modify this Order as appropriate.

The Court will not impose a bond requirement at this time. See Fed. R. Civ. P. 65(c); RoDa Drilling Co. v. Siegal, 552 F.3d 1203, 1215 (10th Cir. 2009). Petitioner's other outstanding requests for injunctive relief have been referred to the Magistrate Judge and will be resolved in due course.

*Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE