**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**SALVADOR RAYMUNDO MATEO**
**FRANCISCO,**

      **Petitioner,**

**v.**                           **Case No. 1:25-cv-01229-MIS-GJF**

**GEORGE DEDOS, in his official capacity as**
**Warden, Cibola County Correctional Facility,**
**MARY DE ANDA-YBARRA, in her official**
**capacity as Field Office, Enforcement and**
**Removal Operations, U.S. Immigration and**
**Customs Enforcement, TODD LYONS, in**
**his official capacity as Acting Director of**
**U.S. Immigration and Customs Enforcement,**
**and KRISTI NOEM, in her official capacity**
**as U.S. Secretary of Homeland Security,**

      **Respondents.**

**ORDER GRANTING MOTION FOR EXTENSION OF TIME, SETTING BRIEFING**
**SCHEDULE AND HEARING, AND REQUIRING RESPONDENTS TO MAKE ALL**
**NECESSARY ARRANGEMENTS FOR PETITIONER'S PRESENCE AT THE**
**JANUARY 12, 2026 HEARING**

THIS MATTER is before the Court on the *Motion for Extension of Time* (Dkt. No. 29)

filed by Mary De Anda-Ybarra, Todd Lyons, and Kristi Noem (the "Federal Respondents").

Petitioner filed a response (Dkt. No. 32) opposing the motion. This Court held a hearing on the

motion and other matters on December 22, 2025. For the reasons stated on the record, the Court

will grant the motion for extension of time and will set a briefing schedule and evidentiary hearing

as described herein.

On December 10, 2025, Petitioner Salvador Raymundo Mateo Francisco ("Petitioner")

filed a *Verified Petition for Writ of Habeas Corpus and Complaint* (Dkt. No. 1) ("Petition") and a

*Notice of Motion for Temporary Restraining Order and Preliminary Injunction* (Dkt. No. 3)

("TRO Motion"). According to the Petition, Petitioner came to the United States as an unaccompanied child at the age of 15 in 2021, presented himself to an immigration official at the border, was placed in removal proceedings, and was briefly detained and then released to his aunt after finding he was not dangerous or a flight risk. *See* Petition 1, Dkt. No. 1. He was subsequently granted Special Immigrant Juvenile Status, the government dismissed his removal proceedings in 2022, and it granted him deferred action, a four-year, renewable protection from removal and permission to work lawfully while he waits in a visa backlog until he can apply for lawful permanent residence. *Id.* at 2. Nevertheless, on November 11, 2025, Respondents arrested and detained him, and he is currently being held in an immigration detention center at Cibola County Correctional Facility in New Mexico. *See id.* In his Petition, he asks the Court to hold his arrest and detention unlawful, order restoration of the status quo prior to his detention, and enjoin Respondents from re-detaining him without meaningful pre-detention process. *Id.* at 3.

Petitioner also asked the Court to enjoin Respondents from transferring him outside this District for the remainder of the proceeding. *Id.* at 4. On December 19, 2025, the Honorable Margaret Strickland entered an Order enjoining Respondents from transferring Petitioner outside the District of New Mexico (or removing him from the United States) during the pendency of this habeas action. Order 2, Dkt. No. 33. Judge Strickland referred the remaining matters at issue in the Petition to the undersigned judge under 28 U.S.C. §§ 636(b)(1)(B), (b)(3). *See id.*; Order of Reference, Dkt. No. 19.

The undersigned judge held a telephonic status conference on December 22, 2025, to discuss the briefing scheduling, the necessity of a hearing, and related matters. *See* Order, Dkt. No. 22. At the conference, the Court granted the Federal Respondents' *Motion for Extension of Time* (Dkt. No. 29) and set forth a briefing schedule and evidentiary hearing.

For the reasons stated at the hearing, the Court orders the following:

1.  The Respondents must file their response to both the Petition (Dkt. No. 1) and the TRO Motion (Dkt. No. 3) **by December 30, 2025**. Petitioner must file his reply to both the Petition (Dkt. No. 1) and the TRO Motion (Dkt. No. 3) **by January 6, 2026**.

2.  Each party must file **on or before 3:00 p.m. MT on January 8, 2026**, a notice advising the Court of the following: (1) the party's intention to offer evidence; (2) if calling witnesses, list who they are and how long each witness's direct testimony is expected to be, and (3) an exhibit list, including copies of the exhibits.

3.  The undersigned judge will hold an in-person evidentiary hearing on both the Petition (Dkt. No. 1) and the TRO Motion (Dkt. No. 3) on **Monday, January 12, 2026, at 1:00 p.m. MT**, **in the United States District Court, 333 Lomas Blvd., Albuquerque, New Mexico, in a courtroom to be determined**.

4.  **Respondents shall make all necessary arrangements for Petitioner's presence at the hearing set for January 12, 2026.[1]**

5.  Counsel for Petitioner will be responsible for arranging interpreter services for Petitioner during the hearing.

6.  The Federal Respondents' *Motion for Extension of Time* (**Dkt. No. 29**) is **GRANTED**.

**SO ORDERED.**

_____
**THE HONORABLE GREGORY J. FOURATT**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court will file separately a *Writ of Habeas Corpus Ad Testificandum* directed to the Warden.