UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**SALVADOR RAYMUNDO MATEO FRANCISCO,**

    Petitioner,

v.                                               Case No. 1:25-cv-01229-MIS-GJF

**GEORGE DEDOS, in his official capacity as Warden, Cibola County Correctional Facility, MARY DE ANDA-YBARRA, in her official capacity as Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and KRISTI NOEM, in her official capacity as U.S. Secretary of Homeland Security,**

    Respondents.

### **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:    United States Immigrations and Customs Enforcement
        Warden George Dedos
        Cibola County Correctional Facility
        2000 Cibola Loop
        Milan, NM 87021

    THIS COURT HEREBY ISSUES a Writ of Habeas Corpus ad Testificandum ORDERING:

    The United States Immigrations and Customs Enforcement, George Dedos, Warden of the Cibola County Correctional Facility, to produce Petitioner **SALVADOR RAYMUNDO MATEO FRANCISCO** at the United States Courthouse for the District of New Mexico, 333 Lomas Boulevard, Albuquerque, New Mexico, on **January 12, 2026, at 1:00 p.m. MT**, and to keep the prisoner safe in custody, for the purpose of attending an evidentiary hearing before the Honorable Gregory J. Fouratt, United States Magistrate Judge, in this case. The evidentiary hearing shall

begin at 1:00 p.m. and conclude no later than 4:00 p.m. The United States Immigrations and Customs Enforcement shall return **SALVADOR RAYMUNDO MATEO FRANCISCO** to the Cibola County Correctional Facility upon conclusion of the evidentiary hearing or upon the Court's direction.

    **SO ORDERED.**

_____
**THE HONORABLE GREGORY J. FOURATT**
**UNITED STATES MAGISTRATE JUDGE**