**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

SALVADOR RAYMUNDO MATEO FRANCISCO,

                 *Petitioner*,

    v.

GEORGE DEDOS, et al.,                         No. 1:25-cv-1229-MIS-GJF

                 *Respondents*.

## ORDER

THIS MATTER is before the Court on the *Unopposed Motion to Enforce* (Dkt. No. 49) filed by Petitioner Salvador Raymundo Mateo Francisco ("Petitioner") on January 13, 2026. Petitioner requests, and Respondents do not oppose, that the Court enforce its January 12, 2026 Order Granting Petitioner's Immediate Release Pending Resolution of the Habeas Petition Under the Court's Inherent Authority (Dkt No. 48) (the "Order") by (1) ordering Respondents to remove the ankle monitor placed on Petitioner following his release and (2) clarifying that Respondents may not subject Petitioner to any post-release monitoring or supervision pending resolution of his habeas petition in accordance with the Court's Order.

**IT IS THEREFORE ORDERED** that:

1. Petitioner's unopposed motion to enforce (**Dkt. No. 49**) is **GRANTED**;

2. Respondents must ensure that Petitioner's ankle monitor is removed on or before 5:00pm ET on **January 16, 2026**;

3. Respondents may not subject Petitioner to any post-release monitoring or supervision pending resolution of his habeas petition in this case.

**SO ORDERED.**

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE