# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SALVADOR    RAYMUNDO    MATEO
FRANCISCO,

      Petitioner,

v.

                                    1:25-cv-01229-MIS-GJF

GEORGE DEDOS, in his official capacity as
Warden, Cibola County Correctional
Facility' MARY DE ANDA-YBARRA, in
her official capacity as Field Office Director,
Enforcement and Removal Operations, U.S.
Immigration and Customs Enforcement;
TODD LYONS, in his official capacity as
Acting Director of U.S. Immigration and
Customs Enforcement; and KRISTI NOEM,
in her official capacity as U.S. Secretary of
Homeland Security,

      Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Adopting Proposed Findings and Recommended Disposition entered contemporaneously

herewith, Final Judgment is hereby entered in favor of Petitioner Salvador Raymundo Mateo

Francisco and against Respondents George Dedos, Mary De Anda-Ybarra, Todd Lyons, and Kristi

Noem.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE