**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

SALVADOR    RAYMUNDO    MATEO
FRANCISCO,

      Petitioner,

v.

                                         1:25-cv-01229-MIS-GJF

GEORGE DEDOS, in his official capacity as
Warden, Cibola County Correctional
Facility' MARY DE ANDA-YBARRA, in
her official capacity as Field Office Director,
Enforcement and Removal Operations, U.S.
Immigration and Customs Enforcement;
TODD LYONS, in his official capacity as
Acting Director of U.S. Immigration and
Customs Enforcement; and KRISTI NOEM,
in her official capacity as U.S. Secretary of
Homeland Security,

      Respondents.

**ORDER GRANTING PETITIONER'S MOTION FOR ATTORNEYS' FEES AND COSTS**
**PURSUANT TO THE EQUAL ACESS TO JUSTICE ACT**

**THIS MATTER** is before the Court on Petitioner Salvador Raymundo Mateo Francisco's

Motion for Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act, ECF No. 56,

filed March 6, 2026.  Respondents failed to file a response, and the deadline to do so has expired.

D.N.M.LR-Civ. 7.4(a) ("A response must be served and filed within fourteen (14) calendar days

after service of the motion.").  Pursuant to the Local Rules of this District, "[t]he failure of a party

to file and serve a response in opposition to a motion within the time prescribed for doing so

constitutes consent to grant the motion."  D.N.M.LR-Civ. 7.1(b).  Accordingly, it is **HEREBY**

**ORDERED** that:

1.      Petitioner's Motion for Attorneys' Fees and Costs Pursuant to the Equal Access to

Justice Act, ECF No. 56, is **GRANTED**; and

2.      Petitioner shall have and receive from Respondents, jointly and severally, the total

amount of **$35,029.71**, for which sum let execution enter.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE